# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

May 17, 2006

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
Rec'd 6/18/06
* MAY 19
BROOKLYN OFFICE

Re: MDL-1596 -- In re Zyprexa Products Liability Litigation

(See Attached Schedule of CTO-49)

Dear Mr. Heinemann:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on May 1, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By /s/ Mecca Carter
Mecca S. Carter
Deputy Clerk

Attachment

cc:   Transferee Judge:      Judge Jack B. Weinstein
      Transferor Judges:     (See Attached List of Judges)
      Transferor Clerk:      Richard W. Wieking

JPML Form 36

A CERTIFIED TRUE COPY

MAY 17 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 17 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 1596

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

**CONDITIONAL TRANSFER ORDER (CTO-49)**

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 548 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, 314 F.Supp.2d 1380 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

MAY 17 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Case 4:06-cv-01343-PJH   Document 8   Filed 09/18/06   Page 3 of 13
Case 1:04-md-01596-JBW-RLM   Document 567   Filed 05/19/2006   Page 3 of 13

PAGE 1 of 9

## SCHEDULE CTO-49 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #            CASE CAPTION

CALIFORNIA NORTHERN
CAN 3  05-4829 SC            Amber Brennan v. Eli Lilly & Co.
CAN 3  05-4830 WHA           Marlene Romero v. Eli Lilly & Co.
CAN 3  05-4832 JSW           Anita Hollowell, et al. v. Eli Lilly & Co.
CAN 3  05-4833 CRB           James Saleeby, etc. v. Eli Lilly & Co.
CAN 3  05-4892 MJJ           Carolyn Seward, et al. v. Eli Lilly & Co.
CAN 3  05-4895 WHA           Steven Leeper v. Eli Lilly & Co.
CAN 3  05-4902 WHA           Russell Halterman, et al. v. Eli Lilly & Co.
CAN 3  05-4908 MJJ           Zachary Gilman v. Eli Lilly & Co.
~~CAN 3  05-5009~~            ~~Clarence King, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
~~CAN 3  05-5011~~            ~~Shannon Harbison, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  05-5013 WHA           Leonard Ward v. Eli Lilly & Co.
CAN 3  05-5029 PJH           Michelle Gerst, et al. v. Eli Lilly & Co.
CAN 3  05-5032 PJH           Rose Marie Marchiny v. Eli Lilly & Co.
CAN 3  05-5033 MJJ           Coreen Hansen v. Eli Lilly & Co.
CAN 3  05-5074 MHP           Willie Evans v. Eli Lilly & Co.
CAN 3  05-5077 WHA           Shannon Miller v. Eli Lilly & Co.
CAN 3  05-5078 SC            Joshua Hudson v. Eli Lilly & Co.
CAN 3  05-5093 PJH           David Strawn v. Eli Lilly & Co.
CAN 3  05-5094 PJH           Jim Ayala v. Eli Lilly & Co.
CAN 3  05-5096 JSW           Michael Keizur v. Eli Lilly & Co.
~~CAN 3  05-5149~~            ~~Thomas Partlow v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  05-5150 WHA           Jeffrey Oldewurtel v. Eli Lilly & Co.
~~CAN 3  05-5152~~            ~~Michael Horton v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  05-5153 MMC           Christopher Parlato, et al. v. Eli Lilly & Co.
CAN 3  05-5266 SBA           Duane Long v. Eli Lilly & Co.
CAN 3  05-5267 PJH           Fausto Gutierrez-Cruz v. Eli Lilly & Co.
CAN 3  05-5268 MJJ           Harlan Kenyon, et al. v. Eli Lilly & Co.
CAN 3  05-5269 JSW           Mark Conder, et al. v. Eli Lilly & Co.
CAN 3  06-31 JSW             Jeannie Swartz v. Eli Lilly & Co.
~~CAN 3  06-35~~              ~~Rose Cook, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
~~CAN 3  06-40~~              ~~Tammie Pinkney v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-41 WHA             Artisha Easterly, et al. v. Eli Lilly & Co.
CAN 3  06-248 EDL            Patricia Glace v. Eli Lilly & Co.
CAN 3  06-252 WHA            Howard Gilbert, et al. v. Eli Lilly & Co.
CAN 3  06-253 JSW            Debbie Holden v. Eli Lilly & Co.
CAN 3  06-894 WHA            Daryl Paul v. Eli Lilly & Co.
CAN 3  06-895 PJH            Eugenne Salmon v. Eli Lilly & Co.
CAN 3  06-896 TEH            Debra Mcclelland v. Eli Lilly & Co.
CAN 3  06-897 SBA            Pamela Blish v. Eli Lilly & Co.
CAN 3  06-898 MMC            Celita Finney v. Eli Lilly & Co.
CAN 3  06-899 SC             Duane Windom v. Eli Lilly & Co.
CAN 3  06-900 WHA            Jerome Dennis v. Eli Lilly & Co.
CAN 3  06-901 MMC            Timothy Lee v. Eli Lilly & Co.
CAN 3  06-903 WHA            Kimberly Fortunato v. Eli Lilly & Co.
CAN 3  06-904 SC             Floretia Harris v. Eli Lilly & Co.
CAN 3  06-905 TEH            Della Collins v. Eli Lilly & Co.
CAN 3  06-952 SC             Constance Heg v. Eli Lilly & Co.
CAN 3  06-955 SBA            Ollie Dotson, et al. v. Eli Lilly & Co.
CAN 3  06-956 PJH            Anthony Hardenbrock v. Eli Lilly & Co.
CAN 3  06-957 MJJ            Linda Wright v. Eli Lilly & Co.
CAN 3  06-958 WHA            Ronald Rarric v. Eli Lilly & Co.

Case 4:06-cv-01343-PJH   Document 8   Filed 09/18/06   Page 4 of 13
Case 1:04-md-01596-JBW-RLM   Document 567   Filed 05/19/2006   Page 4 of 13

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                PAGE 2 of 9

| Case Number | Initials | Case Name |
|---|---|---|
| CAN 3 06-959 | SI | Philip G. Roulo, et al. v. Eli Lilly & Co. |
| CAN 3 06-960 | JSW | Richard Anderson v. Eli Lilly & Co. |
| CAN 3 06-961 | WHA | Paul E. Boring, et al. v. Eli Lilly & Co. |
| CAN 3 06-962 | MJJ | Silas Bennett, et al. v. Eli Lilly & Co. |
| CAN 3 06-965 | MJJ | Rhona Smith, et al. v. Eli Lilly & Co. |
| CAN 3 06-966 | MMC | Sherry Stone, et al. v. Eli Lilly & Co. |
| CAN 3 06-967 | MJJ | Timmons Hill v. Eli Lilly & Co. |
| CAN 3 06-968 | SC | Violet Adamovich, et al. v. Eli Lilly & Co. |
| CAN 3 06-969 | WHA | Laurie Woloszyn v. Eli Lilly & Co. |
| CAN 3 06-970 | PJH | Tania Rupert, et al. v. Eli Lilly & Co. |
| CAN 3 06-972 | PJH | Vickie Abasta v. Eli Lilly & Co. |
| CAN 3 06-976 | TEH | Anthony Jackson v. Eli Lilly & Co. |
| CAN 3 06-979 | SC | Estella Mullings v. Eli Lilly & Co. |
| CAN 3 06-981 | MMC | Cheryl Hill v. Eli Lilly & Co. |
| CAN 3 06-983 | SC | Aaron Roberts v. Eli Lilly & Co. |
| CAN 3 06-984 | MHP | Mary Willhoite v. Eli Lilly & Co. |
| CAN 3 06-987 | PJH | Tuesday Golden, et al. v. Eli Lilly & Co. |
| CAN 3 06-989 | MMC | Vag Mayi v. Eli Lilly & Co. |
| CAN 3 06-990 | MJJ | Constance Fuller v. Eli Lilly & Co. |
| CAN 3 06-991 | MJJ | Louise Rodriguez v. Eli Lilly & Co. |
| CAN 3 06-994 | MHP | Jason Evans v. Eli Lilly & Co. |
| CAN 3 06-995 | TEH | Aaron Kirkland v. Eli Lilly & Co. |
| CAN 3 06-996 | PJH | Laura Dalena v. Eli Lilly & Co. |
| CAN 3 06-997 | MMC | Roger Mount, et al. v. Eli Lilly & Co. |
| CAN 3 06-998 | SC | Teresa Brando v. Eli Lilly & Co. |
| CAN 3 06-999 | SI | Linda Hilton v. Eli Lilly & Co. |
| CAN 3 06-1001 | MHP | Adam Santucci v. Eli Lilly & Co. |
| CAN 3 06-1003 | MJJ | Assefa Enkuneh v. Eli Lilly & Co. |
| CAN 3 06-1004 | MMC | Linda Tafoya-Bassett, et al. v. Eli Lilly & Co. |
| CAN 3 06-1005 | MMC | Cheryl D. Adams v. Eli Lilly & Co. |
| CAN 3 06-1006 | SC | Kathleen Koche v. Eli Lilly & Co. |
| CAN 3 06-1007 | MMC | Juan Saffold v. Eli Lilly & Co. |
| CAN 3 06-1008 | JSW | Gloria Scott v. Eli Lilly & Co. |
| CAN 3 06-1009 | JSW | Mary Smith v. Eli Lilly & Co. |
| CAN 3 06-1010 | PJH | Craig Lucas v. Eli Lilly & Co. |
| CAN 3 06-1011 | MMC | Charmine Laney v. Eli Lilly & Co. |
| CAN 3 06-1013 | SC | Karen Jones v. Eli Lilly & Co. |
| CAN 3 06-1023 | JSW | Pat Colvin, et al. v. Eli Lilly & Co. |
| CAN 3 06-1024 | WHA | Charles H. Butler, et al. v. Eli Lilly & Co. |
| CAN 3 06-1025 | TEH | Bart Russell v. Eli Lilly & Co. |
| CAN 3 06-1026 | MMC | Deborah Hargraves v. Eli Lilly & Co. |
| CAN 3 06-1027 | MMC | Robin Mcgowan v. Eli Lilly & Co. |
| CAN 3 06-1028 | PJH | Josie Miller v. Eli Lilly & Co. |
| CAN 3 06-1029 | MJJ | Ralph Cole v. Eli Lilly & Co. |
| CAN 3 06-1031 | WHA | Theodore Comer, et al. v. Eli Lilly & Co. |
| CAN 3 06-1033 | WHA | Craig Green v. Eli Lilly & Co. |
| CAN 3 06-1034 | JSW | Judith Kokesh, et al. v. Eli Lilly & Co. |
| CAN 3 06-1035 | SC | Hollis Greenspan v. Eli Lilly & Co. |
| CAN 3 06-1036 | MMC | Mildred Robek, et al. v. Eli Lilly & Co. |
| CAN 3 06-1037 | JL | Linda Rockman v. Eli Lilly & Co. |
| CAN 3 06-1039 | MJJ | John Molinaro, et al. v. Eli Lilly & Co. |
| CAN 3 06-1040 | WHA | John Wardlow v. Eli Lilly & Co. |
| CAN 3 06-1041 | MJJ | Henry Wolfe, et al. v. Eli Lilly & Co. |
| CAN 3 06-1042 | MJJ | Karlina Ann Temple, et al. v. Eli Lilly & Co. |
| CAN 3 06-1043 | WHA | Scott Murphy v. Eli Lilly & Co. |
| CAN 3 06-1044 | PJH | Sabenna D. Burgess v. Eli Lilly & Co. |
| CAN 3 06-1045 | SC | John Sgarlata, et al. v. Eli Lilly & Co. |
| ~~CAN 3 06-1046~~ | | ~~Timothy Savage v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| ~~CAN 3 06-1049~~ | | ~~Benjamin Wolf v. Eli Lilly & Co.~~ Vacated 5/4/06 |

Case 4:06-cv-01343-PJH   Document 8   Filed 09/18/06   Page 5 of 13
Case 1:04-md-01596-JBW-RLM   Document 567   Filed 05/19/2006   Page 5 of 13

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 3 of 9

| | | |
|---|---|---|
| CAN 3 | 06-1050 JSW | Howard Grove, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1051 JL | Anna Andrake, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1052 SC | Connie L. Zimmerman, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1053 WHA | Patricia D. Sowa, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1054 SC | Priscilla Shrader v. Eli Lilly & Co. |
| CAN 3 | 06-1056 WHA | Janet Janssen v. Eli Lilly & Co. |
| CAN 3 | 06-1057 MJJ | Mary Kathryn Isom, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1058 MMC | Dean Brenner, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1060 SC | Cathy Strickland, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1061 PJH | Joseph Teleky, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1062 PJH | Brenda Hunter v. Eli Lilly & Co. |
| CAN 3 | 06-1063 MMC | Steven Tomaselli v. Eli Lilly & Co. |
| CAN 3 | 06-1064 MMC | Theresa Trotman v. Eli Lilly & Co. |
| CAN 3 | 06-1076 SI | Michael D. Raynor, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1077 WHA | Rommell Thompson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1078 WHA | Noemi Hernandez v. Eli Lilly & Co. |
| CAN 3 | 06-1079 MJJ | Wandy Deasy v. Eli Lilly & Co. |
| CAN 3 | 06-1080 MHP | Joe Flores v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1081~~ | ~~Dante Barfield v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 06-1082 JSW | Felipe Flores v. Eli Lilly & Co. |
| CAN 3 | 06-1083 PJH | Jamal G. Treadwell v. Eli Lilly & Co. |
| CAN 3 | 06-1084 MMC | Ward Marks v. Eli Lilly & Co. |
| CAN 3 | 06-1085 WHA | Carroll Vanover v. Eli Lilly & Co. |
| CAN 3 | 06-1086 MJJ | Sandy Laverich v. Eli Lilly & Co. |
| CAN 3 | 06-1088 JSW | Alberta Johnson v. Eli Lilly & Co. |
| CAN 3 | 06-1090 SC | Greg Bauder v. Eli Lilly & Co. |
| CAN 3 | 06-1091 MHP | Linda Soule v. Eli Lilly & Co. |
| CAN 3 | 06-1093 WHA | Pampatha Mitchell, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1096 MMC | Keith Bacon v. Eli Lilly & Co. |
| CAN 3 | 06-1099 MJJ | James Fraser v. Eli Lilly & Co. |
| CAN 3 | 06-1100 MJJ | Lois Osenga v. Eli Lilly & Co. |
| CAN 3 | 06-1103 PJH | Brandon Holmes v. Eli Lilly & Co. |
| CAN 3 | 06-1106 PJH | Gary Gauthier v. Eli Lilly & Co. |
| CAN 3 | 06-1108 JSW | Leilani Jones v. Eli Lilly & Co. |
| CAN 3 | 06-1110 WHA | Theresa Hill v. Eli Lilly & Co. |
| CAN 3 | 06-1111 SC | Marguerite Joiner v. Eli Lilly & Co. |
| CAN 3 | 06-1112 PJH | Glenna Rohr v. Eli Lilly & Co. |
| CAN 3 | 06-1113 MMC | Diana Platts v. Eli Lilly & Co. |
| CAN 3 | 06-1116 WHA | Toni Iness v. Eli Lilly & Co. |
| CAN 3 | 06-1117 WHA | Carlos Garcia v. Eli Lilly & Co. |
| CAN 3 | 06-1118 MJJ | Jason Skaggs v. Eli Lilly & Co. |
| CAN 3 | 06-1119 EDL | Kimberly Johnson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1122 SI | James Thomas v. Eli Lilly & Co. |
| CAN 3 | 06-1123 WHA | Bruce Robinson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1124 TEH | Jeffrey Hamlet v. Eli Lilly & Co. |
| CAN 3 | 06-1125 JSW | Timothy Miller v. Eli Lilly & Co. |
| CAN 3 | 06-1126 WHA | James Arns v. Eli Lilly & Co. |
| CAN 3 | 06-1127 MJJ | Severa Cruz v. Eli Lilly & Co. |
| CAN 3 | 06-1128 WHA | Brian Rickard v. Eli Lilly & Co. |
| CAN 3 | 06-1129 WHA | Peter Klein, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1131 WHA | James J. Duchnowski, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1132 MMC | Jamel Easterly, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1133 TEH | Alvie M. Laver v. Eli Lilly & Co. |
| CAN 3 | 06-1134 MJJ | Shirley Eddy v. Eli Lilly & Co. |
| CAN 3 | 06-1135 SBA | Robin Cameron, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1155 WHA | Lisa Robinson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1156 JSW | Dale Hoblit, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1158 MJJ | William C. Briggs, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1159 SBA | Norine Ciaio v. Eli Lilly & Co. |

Case 4:06-cv-01343-PJH   Document 8   Filed 09/18/06   Page 6 of 13
Case 1:04-md-01596-JBW-RLM   Document 567   Filed 05/19/2006   Page 6 of 13

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                          PAGE 4 of 9

| | | |
|---|---|---|
| CAN 3 | 06-1160 | Yash Kapur v. Eli Lilly & Co. |
| CAN 3 | 06-1161 | Doreen Bell v. Eli Lilly & Co. |
| CAN 3 | 06-1162 | William O'brien v. Eli Lilly & Co. |
| CAN 3 | 06-1163 | Kimberly Hopkins v. Eli Lilly & Co. |
| CAN 3 | 06-1164 | Florence Karolyi v. Eli Lilly & Co. |
| CAN 3 | 06-1168 | Kathlene Cheriki v. Eli Lilly & Co. |
| CAN 3 | 06-1170 | Susan Kline v. Eli Lilly & Co. |
| CAN 3 | 06-1171 | Dennis Muschitz v. Eli Lilly & Co. |
| CAN 3 | 06-1172 | Patricia Banks v. Eli Lilly & Co. |
| CAN 3 | 06-1174 | David Chismar, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1175 | Virginia Craig v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1178~~ | ~~Sandra Nyberg, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 06-1179 | Lehman Brownell v. Eli Lilly & Co. |
| CAN 3 | 06-1180 | Yolanda Araujo v. Eli Lilly & Co. |
| CAN 3 | 06-1182 | Karen Halechko v. Eli Lilly & Co. |
| CAN 3 | 06-1184 | Gerald Garfield, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1185 | Tyna Bass v. Eli Lilly & Co. |
| CAN 3 | 06-1186 | Antonio Daniel v. Eli Lilly & Co. |
| CAN 3 | 06-1187 | Pat Miller, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1188 | Alberta Oliviri v. Eli Lilly & Co. |
| CAN 3 | 06-1190 | Juawawno Boone v. Eli Lilly & Co. |
| CAN 3 | 06-1194 | Anne Johnson v. Eli Lilly & Co. |
| CAN 3 | 06-1195 | Paul Matthews v. Eli Lilly & Co. |
| CAN 3 | 06-1198 | Ann Marie Gianetto v. Eli Lilly & Co. |
| CAN 3 | 06-1199 | Kathy Martin v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1200~~ | ~~Gould Mcclarny v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 06-1201 | Waymon Donat v. Eli Lilly & Co. |
| CAN 3 | 06-1202 | Richard Jenkins, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1204 | Frank Giacomazzo v. Eli Lilly & Co. |
| CAN 3 | 06-1206 | Letha Russell v. Eli Lilly & Co. |
| CAN 3 | 06-1207 | Patricia Glenn, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1209 | Judith A. Gunnette, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1230 | John Bowermaster v. Eli Lilly & Co. |
| CAN 3 | 06-1231 | Patrick Callaway v. Eli Lilly & Co. |
| CAN 3 | 06-1232 | Mary Lee v. Eli Lilly & Co. |
| CAN 3 | 06-1233 | Barbara Pupo v. Eli Lilly & Co. |
| CAN 3 | 06-1235 | Iris Wohlt, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1236 | Darrel Vail v. Eli Lilly & Co. |
| CAN 3 | 06-1237 | Charles Coffman v. Eli Lilly & Co. |
| CAN 3 | 06-1239 | Lauree Ward v. Eli Lilly & Co. |
| CAN 3 | 06-1240 | Patricia Pirotta v. Eli Lilly & Co. |
| CAN 3 | 06-1241 | Larry Pancher v. Eli Lilly & Co. |
| CAN 3 | 06-1242 | Jo Marie Santi v. Eli Lilly & Co. |
| CAN 3 | 06-1244 | Gail F. Cowher v. Eli Lilly & Co. |
| CAN 3 | 06-1245 | Cox v. Eli Lilly & Co. |
| CAN 3 | 06-1246 | Kenneth Crawford v. Eli Lilly & Co. |
| CAN 3 | 06-1263 | William J. Crawford v. Eli Lilly & Co. |
| CAN 3 | 06-1267 | Kimberly Santagata, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1269 | Harrison Sarver, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1270 | Rivers v. Eli Lilly & Co. |
| CAN 3 | 06-1273 | Marianne Capelle, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1274 | Kathleen Mark, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1281 | Scott M. Tucker v. Eli Lilly & Co. |
| CAN 3 | 06-1282 | Nancy L. French v. Eli Lilly & Co. |
| CAN 3 | 06-1293 | Michael J. Watkins v. Eli Lilly & Co. |
| CAN 3 | 06-1294 | Gerald L. Fletcher v. Eli Lilly & Co. |
| CAN 3 | 06-1297 | Pamela A. Pence, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1299 | Ashraf M. Hashmi v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1308~~ | ~~Manford Hanson v. Eli Lilly & Co.~~ Vacated 5/4/06 |

Case 4:06-cv-01343-PJH   Document 8   Filed 09/18/06   Page 7 of 13
Case 1:04-md-01596-JBW-RLM   Document 567   Filed 05/19/2006   Page 7 of 13

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                        PAGE 5 of 9

| | | |
|---|---|---|
| CAN 3 | 06-1310 | Wesley Kirby v. Eli Lilly & Co. |
| CAN 3 | 06-1312 | Beth Smith, et al. v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1313~~ | ~~Leilani Jones v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 06-1320 | Josie L. Murray v. Eli Lilly & Co. |
| CAN 3 | 06-1327 | Beatrice L. Elserougi v. Eli Lilly & Co. |
| CAN 3 | 06-1328 | Valerie J. Mirabile v. Eli Lilly & Co. |
| CAN 3 | 06-1330 | Larry Reyes v. Eli Lilly & Co. |
| CAN 3 | 06-1333 | Kathleen A. Hawk v. Eli Lilly & Co. |
| CAN 3 | 06-1334 | Robert Koch v. Eli Lilly & Co. |
| CAN 3 | 06-1339 | Ernestine Bowyer v. Eli Lilly & Co. |
| CAN 3 | 06-1340 | Airetta P.J. Becica v. Eli Lilly & Co. |
| CAN 3 | 06-1343 | Marie D. Price v. Eli Lilly & Co. |
| CAN 3 | 06-1344 | Lawrence Segers, Jr. v. Eli Lilly & Co. |
| CAN 3 | 06-1354 | Rick Alldrin, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1356 | Lionel Arms, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1373 | Judith A. Stanley v. Eli Lilly & Co. |
| CAN 3 | 06-1374 | Donna M. Strasburger v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1376~~ | ~~Richard Keith, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 06-1379 | Deborah A. Couch v. Eli Lilly & Co. |
| CAN 3 | 06-1382 | Donald R. Dimartino v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1387~~ | ~~Wesley Kirby v. Eli Lilly & Co.~~ Vacated 5/17/06 |
| CAN 3 | 06-1388 | Shirley M. Cogley-Baker, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1389 | Brandy S. Morgan v. Eli Lilly & Co. |
| CAN 3 | 06-1392 | Donna L. Wojnovich v. Eli Lilly & Co. |
| CAN 3 | 06-1393 | Caren L. Wilson v. Eli Lilly & Co. |
| CAN 3 | 06-1396 | Charlene West v. Eli Lilly & Co. |
| CAN 3 | 06-1397 | Mary Senf v. Eli Lilly & Co. |
| CAN 3 | 06-1398 | Nancy L. Axe v. Eli Lilly & Co. |
| CAN 3 | 06-1400 | Judy M. Fisher v. Eli Lilly & Co. |
| CAN 3 | 06-1401 | Azie Gould Mcclardy v. Eli Lilly & Co. |
| CAN 3 | 06-1404 | Robert Young v. Eli Lilly & Co. |
| CAN 3 | 06-1405 | Peter Williams v. Eli Lilly & Co. |
| CAN 3 | 06-1406 | Marlene Rogala v. Eli Lilly & Co. |
| CAN 3 | 06-1432 | Shantell Wade-Herbert, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1433 | Evelina Zollicoffer, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1435 | David R. Werner v. Eli Lilly & Co. |
| CAN 3 | 06-1437 | Earnest L. Davis v. Eli Lilly & Co. |
| CAN 3 | 06-1439 | Joann Philbin, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1442 | Barrett v. Eli Lilly & Co. |
| CAN 3 | 06-1443 | Carol A. Bartlett v. Eli Lilly & Co. |
| CAN 3 | 06-1457 | Howard Thompson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1458 | Bernadine A. Bienias v. Eli Lilly & Co. |
| CAN 3 | 06-1460 | Richard A. Hernandez v. Eli Lilly & Co. |
| CAN 3 | 06-1462 | Sandra M. Johnson v. Eli Lilly & Co. |
| CAN 3 | 06-1465 | Heber Olsen, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1466 | James Cutter v. Eli Lilly & Co. |
| CAN 3 | 06-1467 | Adnan Tuncel v. Eli Lilly & Co. |
| CAN 3 | 06-1468 | Shirley A. Jones v. Eli Lilly & Co. |
| CAN 3 | 06-1469 | Zackarius E. Kleinsasser v. Eli Lilly & Co. |
| CAN 3 | 06-1472 | Damon L. Dowdell v. Eli Lilly & Co. |
| CAN 3 | 06-1473 | Jennifer L. Kebler v. Eli Lilly & Co. |
| CAN 3 | 06-1476 | Linda K. Hartle v. Eli Lilly & Co. |
| CAN 3 | 06-1477 | Oradean Foster v. Eli Lilly & Co. |
| CAN 3 | 06-1479 | Maurice Looney v. Eli Lilly & Co. |
| CAN 3 | 06-1480 | Andrew J.w. Walker v. Eli Lilly & Co. |
| CAN 3 | 06-1481 | Gregory Knight v. Eli Lilly & Co. |
| CAN 3 | 06-1482 | Harriet F. Haughiout v. Eli Lilly & Co. |
| CAN 3 | 06-1484 | Mary E. Hunter v. Eli Lilly & Co. |
| CAN 3 | 06-1486 | Marvette L. Keys v. Eli Lilly & Co. |

Case 4:06-cv-01343-PJH   Document 8   Filed 09/18/06   Page 8 of 13
Case 1:04-md-01596-JBW-RLM   Document 567   Filed 05/19/2006   Page 8 of 13

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                          PAGE 6 of 9

```
CAN 3  06-1487 PJH    Dino S. Catlin v. Eli Lilly & Co.
CAN 3  06-1489 WHA    William S. Sutterer v. Eli Lilly & Co.
CAN 3  06-1490 MJJ    Sarah M. Tanner, et al. v. Eli Lilly & Co.
CAN 3  06-1491 MMC    Robert Zimmerman v. Eli Lilly & Co.
CAN 3  06-1493 MHP    David Martinez v. Eli Lilly & Co.
CAN 3  06-1494 SC     Sandy Fry v. Eli Lilly & Co.
CAN 3  06-1495 JSW    Larry M. Call v. Eli Lilly & Co.
CAN 3  06-1497 MJJ    Stephen La Joie, et al. v. Eli Lilly & Co.
CAN 3  06-1525 JSW    Angela Overeynder, et al. v. Eli Lilly & Co.
CAN 3  06-1527 SC     Richard Frentz v. Eli Lilly & Co.
CAN 3  06-1530 SC     Joel Feser v. Eli Lilly & Co.
CAN 3  06-1532        Gerald Garfield, et al. v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1533 JSW    Eric Padgett v. Eli Lilly & Co.
CAN 3  06-1534        Alberta Johnson v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1537 MJJ    Karen Broughton v. Eli Lilly & Co.
CAN 3  06-1538 MMC    Kathleen Deitchler, et al. v. Eli Lilly & Co.
CAN 3  06-1540 MMC    Marla Barton v. Eli Lilly & Co.
CAN 3  06-1542 TEH    Jacob Reed, et al. v. Eli Lilly & Co.
CAN 3  06-1543 MJJ    William Maloney v. Eli Lilly & Co.
CAN 3  06-1544 JSW    Connie E. Mcclintock v. Eli Lilly & Co.
CAN 3  06-1547 MMC    Barbara Lanini v. Eli Lilly & Co.
CAN 3  06-1548 SC     Sari Gehrke, et al. v. Eli Lilly & Co.
CAN 3  06-1549 WHA    Tyrone Jeter v. Eli Lilly & Co.
CAN 3  06-1550 MHP    Duane A. Tillman v. Eli Lilly & Co.
CAN 3  06-1552 SI     Deborah Winfrey v. Eli Lilly & Co.
CAN 3  06-1553 SI     Blondean Sims v. Eli Lilly & Co.
CAN 3  06-1554 PJH    Edward Jones v. Eli Lilly & Co.
CAN 3  06-1556 PJH    Allegra M. Weaver v. Eli Lilly & Co.
CAN 3  06-1559 SC     Jane R. Evans v. Eli Lilly & Co.
CAN 3  06-1562 WHA    David Bell v. Eli Lilly & Co.
CAN 3  06-1563 JSW    Dorothy Sheppard v. Eli Lilly & Co.
CAN 3  06-1565 PJH    Lucy Martinez, et al. v. Eli Lilly & Co.
CAN 3  06-1566 MMC    Troy R. Geddis v. Eli Lilly & Co.
CAN 3  06-1567 WHA    Georgette M. Mcbride v. Eli Lilly & Co.
CAN 3  06-1605 MHP    Mary Deschenes, et al. v. Eli Lilly & Co.
CAN 3  06-1606 MJJ    Laurice Kory, et al. v. Eli Lilly & Co.
CAN 3  06-1611 SI     Michelle Medlin v. Eli Lilly & Co.
CAN 3  06-1613 SI     Erin Linn Goodpasture v. Eli Lilly & Co.
CAN 3  06-1614 SI     Donna Cuadrez, et al. v. Eli Lilly & Co.
CAN 3  06-1615 CW     Gary Osborne v. Eli Lilly & Co.
CAN 3  06-1618 SI     Rhonda Abtahi v. Eli Lilly & Co.
CAN 3  06-1620 SI     Gerald Boehmer, et al. v. Eli Lilly & Co.
CAN 3  06-1622 SI     Jacqueline Lipka v. Eli Lilly & Co.
CAN 3  06-1623 SI     Jim Aldine, et al. v. Eli Lilly & Co.
CAN 3  06-1624 SI     Donna Taylor v. Eli Lilly & Co.
CAN 3  06-1625 SI     Nicholas Gonzales v. Eli Lilly & Co.
CAN 3  06-1626        Ann Button v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1627 SI     Eddie Ray Harris v. Eli Lilly & Co.
CAN 3  06-1628 SI     Carl M. Eisaman v. Eli Lilly & Co.
CAN 3  06-1643 SI     James Graham, et al. v. Eli Lilly & Co.
CAN 3  06-1644 SI     Wayne Dixon, et al. v. Eli Lilly & Co.
CAN 3  06-1692 EMC    Deborah A. King v. Eli Lilly & Co.
CAN 3  06-1693 MHP    Antoinette C. Smith v. Eli Lilly & Co.
CAN 3  06-1697 MHP    Eleanor E. Pugliese v. Eli Lilly & Co.
CAN 3  06-1699 SC     James D. Fusner v. Eli Lilly & Co.
CAN 3  06-1701 SI     Richard B. Slater, Jr. v. Eli Lilly & Co.
CAN 3  06-1702 MMC    Marcella L. Lowry v. Eli Lilly & Co.
```

Case 4:06-cv-01343-PJH   Document 8   Filed 09/18/06   Page 9 of 13
Case 1:04-md-01596-JBW-RLM   Document 567   Filed 05/19/2006   Page 9 of 13

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                          PAGE 7 of 9

| | | |
|---|---|---|
| CAN 3 | 06-1705 SC | Donald D. Hetrick v. Eli Lilly & Co. |
| CAN 3 | 06-1706 JSW | Carol S. Buvoltz v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1708~~ | ~~Gerald L. Fletcher v. Eli Lilly & Co.~~ Vacated 5/17/06 |
| CAN 3 | 06-1709 SI | Ronald J. Elardo, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1712 WHA | Beverly Sikora, et al. v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1757~~ | ~~Linda L. Nevel v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 06-1758 SC | Gina Mcdonald v. Eli Lilly & Co. |
| CAN 3 | 06-1761 MHP | Tracy K. Mueller v. Eli Lilly & Co. |
| CAN 3 | 06-1770 SI | Madeline Elsener v. Eli Lilly & Co. |
| CAN 3 | 06-1787 MJJ | Joe Stevenson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1788 MJJ | Helene M. Lotka v. Eli Lilly & Co. |
| CAN 3 | 06-1819 SC | Don Wilson v. Eli Lilly & Co. |
| CAN 3 | 06-1825 WHA | Darren A. Wimley v. Eli Lilly & Co. |
| CAN 3 | 06-1847 PJH | Shireen L. Thomas, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1852 MJJ | Curtis C. Tomkins v. Eli Lilly & Co. |
| CAN 3 | 06-1856 PJH | Irish G. Whaley v. Eli Lilly & Co. |
| CAN 3 | 06-1859 MJJ | Conrad F. Sammet, Jr. v. Eli Lilly & Co. |
| CAN 3 | 06-1860 SI | Brandy L. Rooks, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1931 JSW | Jorenda Bolden v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-2038~~ | ~~Helene M. Lotka v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| ~~CAN 3~~ | ~~06-2188~~ | ~~Timothy Johnson, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |
| CAN 3 | 06-2283 WHA | Johnnena Washington v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-2385~~ | ~~Russel Woodrow, et al. v. Eli Lilly & Co.~~ Opposed 5/17/06 |
| ~~CAN 3~~ | ~~06-2386~~ | ~~John Grant, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |
| CAN 3 | 06-2398 MHP | Duane Inks v. Eli Lilly & Co. |
| CAN 3 | 06-2399 MJJ | Eunice Asher v. Eli Lilly & Co. |
| CAN 3 | 06-2420 JSW | Eiraje Hajebi, et al. v. Eli Lilly & Co., et al. |
| CAN 3 | 06-2421 JSW | David Engstrom, et al. v. Eli Lilly & Co., et al. |
| ~~CAN 3~~ | ~~06-2489~~ | ~~Andra Alexander, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |
| CAN 3 | 06-2609 MJJ | Eric John Hornisher, et al. v. Eli Lilly & Co. |
| CAN 4 | 05-4831 | Don Pledger, et al. v. Eli Lilly & Co. |
| CAN 4 | 05-4894 | Tonya Alexander v. Eli Lilly & Co. |
| ~~CAN 4~~ | ~~05-5097~~ | ~~Cynthia Akins, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| ~~CAN 4~~ | ~~05-5098~~ | ~~Shannon La'Rocque v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 | 05-5099 | Timothy O'neill v. Eli Lilly & Co. |
| CAN 4 | 05-5148 | Mark Sewell v. Eli Lilly & Co. |
| CAN 4 | 05-5151 | Tammy Kelly, et al. v. Eli Lilly & Co. |
| CAN 4 | 05-5291 | Alberta Smiley-Harris v. Eli Lilly & Co. |
| CAN 4 | 05-5292 | Denine Cook v. Eli Lilly & Co. |
| CAN 4 | 06-8 | Jerry Lee Ginn, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-39 | Viola Ward v. Eli Lilly & Co. |
| CAN 4 | 06-250 | David Sensenig v. Eli Lilly & Co. |
| CAN 4 | 06-893 | George Carmack v. Eli Lilly & Co. |
| CAN 4 | 06-906 | Franklin Fraley v. Eli Lilly & Co. |
| CAN 4 | 06-954 | Patsy Shows v. Eli Lilly & Co. |
| CAN 4 | 06-973 | Sidney Carson, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-974 | Patricia Grillot v. Eli Lilly & Co. |
| CAN 4 | 06-977 | Daniel Lemke v. Eli Lilly & Co. |
| CAN 4 | 06-980 | Natalie Summers v. Eli Lilly & Co. |
| CAN 4 | 06-985 | Ruth Porter, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-988 | Ronald Kemp v. Eli Lilly & Co. |
| CAN 4 | 06-993 | Steven Dektor v. Eli Lilly & Co. |
| CAN 4 | 06-1022 | Martha Meyer, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1030 | John Luthy v. Eli Lilly & Co. |
| CAN 4 | 06-1032 | James P. Ledney, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1038 | Hazel Blumenschein v. Eli Lilly & Co. |
| CAN 4 | 06-1048 | Dante Barfield v. Eli Lilly & Co. |
| CAN 4 | 06-1055 | Faye Montgomery v. Eli Lilly & Co. |
| CAN 4 | 06-1059 | Dennis Taylor, et al. v. Eli Lilly & Co. |

Case 4:06-cv-01343-PJH   Document 8   Filed 09/18/06   Page 10 of 13
Case 1:04-md-01596-JBW-RLM   Document 567   Filed 05/19/2006   Page 10 of 13

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                           PAGE 8 of 9

```
CAN 4  06-1087       Maria Jordan v. Eli Lilly & Co.
CAN 4  06-1089       Maria Mercado v. Eli Lilly & Co.
CAN 4  06-1097       John Popielarcheck, et al. v. Eli Lilly & Co.
CAN 4  06-1102       Michelle Auger v. Eli Lilly & Co.
CAN 4  06-1107       Manford Hanson v. Eli Lilly & Co.
CAN 4  06-1115       Shultz, et al. v. Eli Lilly & Co.
CAN 4  06-1121       Mandy Brown v. Eli Lilly & Co.
CAN 4  06-1130       Heather Duff v. Eli Lilly & Co.
CAN 4  06-1157       Sharon Lavas v. Eli Lilly & Co.
CAN 4  06-1165       Gregory Kelker v. Eli Lilly & Co.
CAN 4  06-1167       Linda Martorana v. Eli Lilly & Co.
CAN 4  06-1169       Mamie Hurt v. Eli Lilly & Co.
CAN 4  06-1173       Fern Malayeco v. Eli Lilly & Co.
CAN 4  06-1176       Fred Botos, et al. v. Eli Lilly & Co.
CAN 4  06-1181       William Cossick v. Eli Lilly & Co.
CAN 4  06-1183       James Bacon v. Eli Lilly & Co.
CAN 4  06-1189       Jesse Frausto, et al. v. Eli Lilly & Co.
CAN 4  06-1192       John Ondo v. Eli Lilly & Co.
CAN 4  06-1196       Robert Hawkins v. Eli Lilly & Co.
CAN 4  06-1197       Maxine Burkley v. Eli Lilly & Co.
CAN 4  06-1203       Andrea Mendoza v. Eli Lilly & Co.
CAN 4  06-1205       Deb Osburn, et al. v. Eli Lilly & Co.
~~CAN 4  06-1234~~   ~~John Luthy v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 4  06-1238       Ernest Chaves v. Eli Lilly & Co.
CAN 4  06-1243       Robert Campbell v. Eli Lilly & Co.
CAN 4  06-1271       Rosa A. Hoffman, et al. v. Eli Lilly & Co.
CAN 4  06-1272       Bonnie Hall, et al. v. Eli Lilly & Co.
CAN 4  06-1298       Kenneth F. Gibson v. Eli Lilly & Co.
~~CAN 4  06-1309~~   ~~Maria Mercado v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 4  06-1324       Milan J. Veres, et al. v. Eli Lilly & Co.
CAN 4  06-1325       Mensenia E. Deloach v. Eli Lilly & Co.
CAN 4  06-1338       Linda R. Linn v. Eli Lilly & Co.
CAN 4  06-1360       Gwen Davis, et al. v. Eli Lilly & Co.
CAN 4  06-1372       Beth M. Seigenfuse v. Eli Lilly & Co.
CAN 4  06-1375       Tracy E. Reed v. Eli Lilly & Co.
CAN 4  06-1378       Charles Weldon, et al. v. Eli Lilly & Co.
CAN 4  06-1381       Tyrone Johnson v. Eli Lilly & Co.
CAN 4  06-1386       Gurley E. Glenn v. Eli Lilly & Co.
CAN 4  06-1391       Florence B. Perry v. Eli Lilly & Co.
CAN 4  06-1450       Sandra J. Forbes v. Eli Lilly & Co.
CAN 4  06-1451       Rafael A. Beltran v. Eli Lilly & Co.
CAN 4  06-1452       Ida L. Hollis v. Eli Lilly & Co.
CAN 4  06-1455       Mary G. Chenger, et al. v. Eli Lilly & Co.
CAN 4  06-1456       Patricia Murnin, et al. v. Eli Lilly & Co.
CAN 4  06-1459       Mary E. Jones v. Eli Lilly & Co.
CAN 4  06-1461       David R. Carroll v. Eli Lilly & Co.
CAN 4  06-1471       Frank J. Young v. Eli Lilly & Co.
CAN 4  06-1478       Joann C. Moffitt v. Eli Lilly & Co.
CAN 4  06-1496       Dranoel E. Browne v. Eli Lilly & Co.
CAN 4  06-1498       Karla Tomastik v. Eli Lilly & Co.
CAN 4  06-1501       Tracy L. Ayers v. Eli Lilly & Co.
CAN 4  06-1536       Noreen Corduck, et al. v. Eli Lilly & Co.
CAN 4  06-1539       Edward Truitt v. Eli Lilly & Co.
CAN 4  06-1546       Eugene R. Davis v. Eli Lilly & Co.
CAN 4  06-1560       Borys Bohonik v. Eli Lilly & Co.
CAN 4  06-1561       Heather M. Cherry-Wodja, et al. v. Eli Lilly & Co.
CAN 4  06-1569       Marcus L. Guy v. Eli Lilly & Co.
CAN 4  06-1607       Barbara Murray, et al. v. Eli Lilly & Co.
CAN 4  06-1694       Toritha D. Ewell v. Eli Lilly & Co.
```

Case 4:06-cv-01343-PJH   Document 8   Filed 09/18/06   Page 11 of 13
Case 1:04-md-01596-JBW-RLM   Document 567   Filed 05/19/2006   Page 11 of 13

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                                PAGE 9 of 9

| | | |
|---|---|---|
| CAN 4 | 06-1696 | David Barton Thomas v. Eli Lilly & Co. |
| CAN 4 | 06-1704 | Tracy L. Jones Hayman v. Eli Lilly & Co. |
| CAN 4 | 06-1707 | Kathlyn M. Wilkerson-Smith v. Eli Lilly & Co. |
| ~~CAN 4~~ | ~~06-1765~~ | ~~Nellie G. Sarver v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 | 06-1827 | Norma L. Terry v. Eli Lilly & Co. |
| CAN 4 | 06-1844 | Jason Tsangaris v. Eli Lilly & Co. |
| ~~CAN 4~~ | ~~06-2384~~ | ~~Saundra Burns, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |

## INVOLVED COUNSEL LIST (CTO-49)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
245 Park Avenue, 27th Floor
New York, NY 10167

Thomas F. Campion, Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

Phillip K. Cohen
Murphy, Rosen & Cohen
100 Wilshire Boulevard
Suite 700
Santa Monica, CA 90401-1142

Colleen T. Davies
Reed Smith, LLP
1999 Harrison Street, Suite 2400
P.O. Box 2084
Oakland, CA 94604-2084

Joshua C. Ezrin
Alexander, Hawes & Audet, LLP
300 Montgomery Street
Suite 400
San Francisco, CA 94104

Nina M. Gussack
Pepper, Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Jeffrey A. Kaiser
Levin, Simes & Kaiser, LLP
1 Bush Street
14th Floor
San Francisco, CA 94104-4425

Adel Nadji
Alexander, Hawes & Audet, LLP
221 Main Street
Suite 1460
San Francisco, CA 94105

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102

E. G. Stanley
728 Texas Street
Fairfield, CA 94533

Jeffrey M. Tillotson
Lynn, Tillotston & Pinker, LLP
750 N. St. Paul Street
Suite 1400
Dallas, TX 75201

James M. Wood
Reed Smith, LLP
1999 Harrison Street, 22nd Floor
Oakland, CA 94612

# INVOLVED JUDGES LIST (CTO-49)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Hon. William H. Alsup
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Saundra Brown Armstrong
U.S. District Judge
400-S Ronald V. Dellums
Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Hon. Wayne D. Brazil
United States District Court
Ronald V. Dellums Federal Building
3rd Floor
1301 Clay Street
Oakland, CA 94612-5217

Hon. Charles R. Breyer
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-6618
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Edward M. Chen
U.S. Magistrate Judge
Phill Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102

Hon. Maxine M. Chesney
U.S. District Judge
Phillip Burton U.S. Courthouse
19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Samuel Conti
Senior U.S. District Judge
U.S. District Court
P.O. Box 36060
San Francisco, CA 94102-3434

Hon. Phyllis J. Hamilton
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Thelton E. Henderson
Senior U.S. District Judge
19-5356 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Susan Yvonne Illston
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-5424
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Maria-Elena James
U.S. Magistrate Judge
15-5698 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Hon. Martin J. Jenkins
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Ave.
San Francisco, CA 94102-3434

Hon. Elizabeth D. Laporte
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Hon. James L. Larson
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102-3489

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3661

Hon. Joseph C. Spero
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Jeffrey S. White
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Claudia Wilken
U.S. District Judge
Ronald V. Dellums Federal Building
Suite 400 South
1301 Clay Street
Oakland, CA 94612-5212

Hon. Bernard Zimmerman
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102